| | |
|---|---|
| 1 | THAD A. DAVIS (SBN 220503) |
| | thad.davis@ropesgray.com |
| 2 | ROCKY C. TSAI (SBN 221452) |
| | rocky.tsai@ropesgray.com |
| 3 | ROPES & GRAY LLP |
| | Three Embarcadero Center, Ste 300 |
| 4 | San Francisco, California 94111-4006 |
| | Tel: (415) 315-6300 |
| 5 | Fax: (415) 315-6350 |
| 6 | HARVEY J. WOLKOFF (Subject to admission *pro hac vice*) |
| | harvey.wolkoff@ropesgray.com |
| 7 | MARK P. SZPAK |
| | mark.szpak@ropesgray.com |
| 8 | LARA A. ORAVEC |
| | lara.oravec@ropesgray.com |
| 9 | ROPES & GRAY LLP |
| | Prudential Tower, 800 Boylston Street |
| 10 | Boston, MA 02199-3600 |
| | Tel: (617) 951-7606 |
| 11 | Fax: (617) 235-0215 |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES M. CAMPO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants. | Case No. 3:11-cv-02337-EDL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Elizabeth D. Laporte |

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.) and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been

1 | named as defendants in at least twenty-five (25) putative class action lawsuits within this District,
2 | to date;
3 |     WHEREAS, certain of the Sony Defendants have also been named as defendants in at
4 | least nineteen (19) putative class action lawsuits pending outside this District, to date;
5 |     WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
6 | Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
7 | to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
8 | 2011.
9 |     WHEREAS, the current deadline for SCEA and SNEI to respond to the Complaint is July
10 | 15, 2011;
11 |     WHEREAS, the parties have agreed to the extension of time herein for the defendants in
12 | the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
13 | facilitate the scheduling of this matter in coordination with the schedule for the motion before the
14 | JPML;
15 |     NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
16 | by and through their respective counsel, hereby stipulate as follows:
17 |     The deadline for the defendants to respond to the Complaint in the above-captioned action
18 | is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
19 | litigation centralizing the above-captioned action with other matters, or if centralization is denied
20 | by the JPML, then 30 days from the date of such order denying centralization.
21 | ///

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 31, 2011

JENNIE LEE ANDERSON
ANDRUS ANDERSON LLP
JONATHAN M. STEIN

By:  /s/ Jennie Lee Anderson /s/ [as authorized]
Jennie Lee Anderson
Attorneys for Plaintiff
JAMES M. CAMPO

Dated: May 31, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:  /s/ Rocky C. Tsai /s/
Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/2/2011    By: _____
Judge Elizabeth D. Laporte